# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
## Alexandria Division

| | |
|---|---|
| TRACELINK, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:17-cv-01197-AJT-IDD |
| ) | |
| ) | |
| HEALTHCARE DISTRIBUTION ALLIANCE, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## HEALTHCARE DISTRIBUTION ALLIANCE'S MOTION TO DISMISS PURSUANT TO RULE 12(b)(6)

Defendant Healthcare Distribution Alliance ("HDA") respectfully moves this Court to enter an Order dismissing the Complaint in this case with prejudice. For the reasons set forth in HDA's concurrently filed brief in support, the Complaint fails to state a claim upon which relief may be granted, and is therefore subject to dismissal pursuant to Fed. R. Civ. P. 8(a) and Fed. R. Civ. P. 12(b)(6).

January 3, 2018

Respectfully submitted:

HEALTHCARE DISTRIBUTION ALLIANCE

By: /s/ *Seth A. Schaeffer*
Seth A. Schaeffer (VA Bar No. 74509)
J. Brent Justus (VA Bar No. 45525)
Casey Erin Lucier (VA Bar No. 80363)
Nicholas J. Giles (VA Bar No. 86584)
MCGUIREWOODS LLP
Gateway Plaza
800 East Canal Street
Richmond, Virginia 23219
Phone: (804) 775-1000
Fax: (804) 775-1061
sschaeffer@mcguirewoods.com
bjustus@mcguirewoods.com
clucier@mcguirewoods.com
ngiles@mcguirewoods.com

*Counsel for Healthcare Distribution Alliance*

# **CERTIFICATE OF SERVICE**

I certify that on the 3rd day of January, 2018, I electronically re-filed the foregoing with the Clerk of Court using the CM/ECF system, which sends an electronic copy of the foregoing to all counsel of record in this case.

By: /s/ *Seth A. Schaeffer*
Seth A. Schaeffer (VA Bar No. 74509)
M<small>C</small>G<small>UIRE</small>W<small>OODS</small> LLP
Gateway Plaza
800 East Canal Street
Richmond, Virginia 23219
Phone: (804) 775-1000
Fax: (804) 775-1061
sschaeffer@mcguirewoods.com