**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | | |
|---|---|---|
| TRACELINK, INC., | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Case No. 1:17-cv-01197-AJT-IDD |
| HEALTHCARE DISTRIBUTION ALLIANCE, | ) ) ) | |
| Defendant. | ) ) ) | |

## JOINT MOTION TO ADJOURN HEARING

Plaintiff TraceLink, Inc. ("TraceLink) and Defendant Healthcare Distribution Alliance ("HDA") (together, "the Parties") hereby jointly request that this Court adjourn the hearing on HDA's Motion to Dismiss Pursuant to Rule 12(b)(6) (Dkt. No. 20), presently scheduled for 10 A.M. on Feburary 2, 2018, in order to enable the Parties to reach final agreement on the resolution of this action, on which the Parties have reached an agreement in principle as to virtually all terms. In support of the Motion, the Parties jointly state as follows:

1. HDA filed its Motion to Dismiss on December 29, 2017, and this Court scheduled a hearing on that Motion for February 2, 2018.

2. In the interim, the Parties have made significant progress toward resolving this action.

3. Presently, the Parties have an agreement in principle as to many terms of a settlement of this action, and are hopeful that they will have an agreement in full within one week. Should that occur, the parties will file a Stipulation of Discontinuance next week.

1

4. The Parties each desire a small amount of additional time to reach final agreement on the terms of settlement, and to prepare and excute a written agreement to that effect.

THEREFORE, TraceLink and HDA jointly request that this Court enter an Order adjourning the hearing scheduled for Feburary 2, 2018, for one week or until the Court's earliest convenience thereafter. As stated, in the event that the parties reach an agreement to resolve this case, the Parties will file a stipulated dismissal to that effect at the earliest possible time.

February 1, 2018                                              Respectfully submitted:


TRACELINK, INC.                                               HEALTHCARE DISTRIBUTION ALLIANCE

By: /s/ _J. Wyatt Fore_____                             By: /s/ _J. Brent Justus_____

Seth D. Greenstein (phv)                                      J. Brent Justus (VA Bar No. 45525)
J. Wyatt Fore (VA Bar No. 89168)                              Seth A. Schaeffer (VA Bar No. 74509)
CONSTANTINE CANNON LLP                                        Casey Erin Lucier (VA Bar No. 80363)
1001 Pennsylvania Ave., NW                                    Nicholas J. Giles (VA Bar No. 86584)
Suite 1300N                                                   MCGUIREWOODS LLP
Washington, DC 20004                                          Gateway Plaza
Phone: (202) 204-3500                                         800 East Canal Street
Fax: (202) 204-3501                                           Richmond, Virginia 23219
wfore@constantinecannon.com                                   Phone: (804) 775-1000
                                                              Fax: (804) 775-1061
Matthew L. Cantor (phv)                                       bjustus@mcguirewoods.com
Harrison McAvoy (phv)                                         sschaeffer@mcguirewoods.com
CONSTANTINE CANNON LLP                                        clucier@mcguirewoods.com
335 Madison Avenue                                            ngiles@mcguirewoods.com
New York, NY 10017
Phone: (212) 350-2700
Fax: (212) 350-2701

# **CERTIFICATE OF SERVICE**

I certify that on the 1st day of February, 2018, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which sends an electronic copy of the foregoing to all counsel of record in this case.

By: /s/ *J. Wyatt Fore*

J. Wyatt Fore (VA Bar No. 89168)
CONSTANTINE CANNON LLP
1001 Pennsylvania Ave., NW
Suite 1300N
Washington, DC 20004
Phone: (202) 204-3500
Fax: (202) 204-3501
wfore@constantinecannon.com