# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| TRACELINK, INC.<br><br>                                  Plaintiff,<br><br>vs.<br><br>HEALTHCARE DISTRIBUTION ALLIANCE,<br><br>                                  Defendant. | Civil Action No. 1:17-1197-AJT-IDD<br><br>**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

　　IT IS HEREBY STIPULATED AND AGREED, by and between the Plaintiff and the Defendant in this action, acting through their undersigned attorneys, that this action shall be, and the same hereby is, dismissed with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), without costs to any party.

Dated: Alexandria, Virginia.
February 6, 2018

By:   /s/ *J. Wyatt Fore*_____
Seth D. Greenstein (phv)
J. Wyatt Fore (VA Bar No. 89168)
CONSTANTINE CANNON LLP
1001 Pennsylvania Ave., NW
Suite 1300N
Washington, DC 20004
Phone: (202) 204-3500
Fax: (202) 204-3501
wfore@constantinecannon.com

Matthew L. Cantor (phv)
Harrison McAvoy (phv)
CONSTANTINE CANNON LLP
335 Madison Avenue
New York, NY 10017
Phone: (212) 350-2700
Fax: (212) 350-2701

*Attorneys for TraceLink, Inc.*

By:   /s/ *J. Brent Justus*_____
J. Brent Justus (VA Bar No. 45525)
Seth A. Schaeffer (VA Bar No. 74509)
Casey Erin Lucier (VA Bar No. 80363)
Nicholas J. Giles (VA Bar No. 86584)
MCGUIREWOODS LLP
Gateway Plaza
800 East Canal Street
Richmond, Virginia 23219
Phone: (804) 775-1000
Fax: (804) 775-1061
bjustus@mcguirewoods.com

*Attorneys for Healthcare Distribution Alliance*

## **CERTIFICATE OF SERVICE**

I certify that on the 6th day of February, 2018, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which sends an electronic copy of the foregoing to all counsel of record in this case.

By: /s/ *J. Wyatt Fore*_____

J. Wyatt Fore (VA Bar No. 89168)
CONSTANTINE CANNON LLP
1001 Pennsylvania Ave., NW
Suite 1300N
Washington, DC 20004
Phone: (202) 204-3500
Fax: (202) 204-3501
wfore@constantinecannon.com